UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES of AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTONIO PETROSINO, <br><br> Defendant. | Criminal Action No. 25-407 (SRC) <br><br> **OPINION** |

**CHESLER, District Judge**

      This matter comes before the Court on the application by the Government for entry of a protective order limiting the dissemination and post-litigation retention of discovery materials. Defendant Antonio Petrosino ("Petrosino") consents to the entry of the proposed protective order insofar as it covers personally identifying information, but opposes the entry of any protective order with broader scope. The Court has reviewed the parties' submissions and, in short, is persuaded by the Government's contention that the protective order should protect not only personally identifying information, but also sensitive financial information concerning the alleged victims. Defendant's proposal allows dissemination of this sensitive information and does not sufficiently protect the alleged victims. The Government's proposed form of protective order is appropriate and will be entered.

        s/ Stanley R. Chesler
        Stanley R. Chesler, U.S.D.J

Dated: August 22, 2025

1